# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:13cv275

| | |
|---|---|
| JERRY JUSTIN TRENT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   ORDER |
| | ) |
| RICHARD B. ROBERTS, et al., | ) |
| | ) |
| Defendants. | ) |

Plaintiff, who is proceeding *pro se*, moves this Court to "state why there has been no ruling on the defendants' motion to dismiss and when that ruling will be issued." Aside from the fact that Plaintiff may not make such demands of this Court, the Plaintiff's motion is moot as the Court issued a Memorandum and Recommendation on the Motion to Dismiss on May 12, 2014. Accordingly, the Court **DENIES as moot** the motion [# 12].

Signed: May 14, 2014

Dennis L. Howell
United States Magistrate Judge